PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _____ **DISTRICT OF TEXAS**
_____ **DIVISION**

JAN 1 3 2023

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

_Kevin Patrick Bonner   02/3014_
Plaintiff's Name and ID Number

_Guadalupe County Jail_
Place of Confinement

**SA23CA0069 JKP**
CASE NO._____
(Clerk will assign the number)

v.

_AT&T Mobility Corporaction_
Defendant's Name and Address

_____
_____
Defendant's Name and Address

_____
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___✓___YES ___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _12·27·22 KB_

        2.  Parties to previous lawsuit:

            Plaintiff(s) _Texas Dept. of Public Safety_

            Defendant(s) _Sheriff Arnauld Zwicke._

        3.  Court: (If federal, name the district; if state, name the county.) _Bexar, San Antonio, Tx._

        4.  Cause number: _#5122-cv-0400-FB_

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _Pending_

        7.  Approximate date of disposition: _N/A Not completed in court yet_

II.     PLACE OF PRESENT CONFINEMENT: _Guadalupe County Jail_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _____

_____

_____

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In March of 2019 I went back to At&t comes, service was great till I upgraded my phone. It was a galaxy 21 and I bought it at the store in New Braunfels TX When I got home I fixed all the Apps and set up the emails. I went to make a call and couldn't, it said no longer apart of our network. I went back to the store and they put in a new sims card and made a call. When I got home it said, no longer apart of this network. I called AT&T by dialing 611.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Law Suit for 88 Billion, 950 Million, 850 Thousand, to be filed on AT&T Mobility. 25 Newest Phones for life

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Kevin Patrick Bonner

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): N/A

2.  Case number: N/A

3.  Approximate date sanctions were imposed: N/A

4.  Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?       _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _N/A_____

   2. Case number: _N/A_____

   3. Approximate date warning was issued: _N/A_____

Executed on: _1-8-23_
              DATE

_Kevin Patrick Bowen_
_Kevin Patrick Bowen_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____8_____ day of _January_, 20 _23_.
            (Day)                    (month)      (year)

_Kevin P. Bowen_
_Kevin Patrick Bowen_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



**Day 1**   After about 20 min on the phone they finally said it was on the Black List. I said what is that, my phone is brand new I just bought it at the store. He said I don't know? I said ok, how do we fix it? He said let me talk to another Department I'll be back with you. 40 min later he came back and said I need you to turn it off and back on. I said I'm talking on it to you. He said do it I'll call you back in 5 min. oh so I did. He called & I made a 3 way call to insure it worked.

We made notes in my file like I always did to track problems, So he entered it & read it to me. I was ok at this point with my new phone. 2hrs later it happened again. I called in & replicated the same steps. I then said, what is causing this? He said I really don't know I've never seen this before. We again entered notes as we always did. I thanked Ahet & hung up.

**Day 2**   I went to bed & got up at 7am, my mom woke me up & said why didn't you pay your phone bill. I said what are you talking about. Sandra needs you & your phone is off. I said no, I paid my bill my phone did it twice yesterday? I said let me get ready I'll deal with this later.

③

I got up & dressed & left. At Breakfast with Sandra I called At&t & reported the problem again. I said, look, the phone is bad. You said the phone is the cause. I said if it is the phone then I need a new one! He said let me troubleshoot it. I said ok. 48 min later it worked again.

This continued to happen 8 times the first day. I naturally called everytime. It always took 30 to 48 min everytime. ~~VM VS~~ This took a lot of time I kept requesting a new phone but kept getting the run around.

Day 3    Ok, woke up, off again I called by this days end it took 8 times again. This continued everyday for 33 days. Some days 6, some days 7, most days 8 times. On the 33rd day I spoke with warrantie again. They said its only under warrantie for 30 days. Your 3 days past it. I said I spoke with you on the 2nd day. You said troubleshoot it. I spoke again on the 15th day. You said file it on insurance. I said no warrantie. I said exchange it at the store I was always transfered back & they trouble shooting it again. He said that should fix it. I said notes, he said Yes. I said ok & got off the line



It worked for 3 hours and went right back to the Black list. I finally said, enough, Frothy, stop this or replace it. I mean Shit mister warrantte kept Remci up it Day 33 now & you guys keep saying this will work. It never does so lets get it replaced. I said please. He said I agree, lets call warrantte. They said "No", he said I've had on the phone 92 times this month with this problem, the phone must cause it So send a new one. They said, let me check. Came back and said ok. So there sending a new one.

Two days later it didn't come so after fixing my phone 4 times that day we got them on the line. They said no you have to do insurance I said wait a min. Two days ago you said yes a new phone. Now you say insurance I said I should see you for this kind of problem it caused with work and my family. They are all tired of me being on the phone with you over this.

Day 35    The lady said you have to do insurance and file it to get a new one. I said put notes of your denial and that I will sue over this. I then called the claim in and paid 200 more to get a new phone. I should have never spent a dime for a new phone with problems like this.



now they will refurbish my phone and resell it. So they get double the money. Not a legal way to do Business in my opinion, but its their way so what can I say?

So the company cost me 200 more. My new phone worked & all was ok. In Feb of 2021 9 phones showed up on my account and the bill went to 7,000 so I called and said what. They said it was sent but had no proof of deliveries so I said no take it off. I used the Galaxy 22 ultra Plus and these phones were 22 & 18 of some kind I said take it off. They copied & did it after several calls to all dept & I said to put a note on my account. Never add line or anything with out my phone ringing. The said ok and a few months later 7 phones appeared on my account I said no way Folks.

So 4 hours later we started getting it fixed. and got some off. They said it takes a day or two to update in the system I said really computers update at once but ok. I called back & had 5 still on it. So we went through all that again. It was 3 days later I called and got it finally all fixed.

Everything was fine until I was in jail for 4 months. My mom comes and says look 7 phones on it again and a 500 bill.

6

So I told her to call she did but I never got the outcome of it. Doesn't matter, it kept happening so I can't trust AT&T anymore with phones. My ex+girlfriend had a phone but I Blocked it Because she stole it & gonna press charges on her when I get out she was the one who put all those phones on their so I can't trust her either. She was on Drugs I cleaned her up. but she got back with a dealer so I'm sure they did it.

Due to their continued problem & the 29 pages of message in my account the attorney has to get & contact corporate Headquarters.

I've always loved AT&T but in truth with all those problems I need their service back for life with the law suit. I want the ability to upgrade any time I want & all users in my family & spouses who have new numbers that all have to be 336 area code or 830 area code. One goes to a older lady who has a young son with cancer so I will give her one Sandra Martinez.



In the notes from all departments is most likely 40 to 80 pages long. It was a terrible 3 years with service. At the end Asurion the insurance carrier denies all my claims as well & I said I would sue them too. They denied it 4 times on my last phone thats why I bought the one I have now. So when you do this law suit update all my needs from AT&T mobility

①

In The United States District Court
For the _____ District of Texas
_____ Division

Kevin Patrick Bonner
Plaintiff

SA23CA0069 **JKP**

Case No. _____

Guadalupe County Jail
Place of Confindment

V.

AT&T Mobility Corporration
1010 N. St. Marys St, San Antonio, Tx 78215



I. Previous Lawsuits
  A. Have you filed any other lawsuit in state or Federal court relating to your imprisonment? ✓ Yes __ No
    1. Approximate date of filing lawsuit: 12-23-22 KB
    2. Parties to previous lawsuit: 5:22-CV-0140-FB
      (Plaintiffs) Texas Dept. of Public Safety
      Defendant(s) Sheriff Arnold Zwicke
    3. Court: Bexar San Antonio Tx
    6. Disposition: Pending
    7. Approximate date of Disposition: N/A

II. Place of Present Confinement: Guadalupe County Jail

III. Exhaustion of Grievance Procedures
   Have you exhausted all steps of the institutional grievance procedures? __ Yes ✓ No

IV. N/A

③

II  Place of Confindment: _Guadalupe County Jail_

III  Exhaustion of Grievance Procedures:
Have you exhausted all steps of the
institutional grievance procedure? yes ___ no ✓

IV  Parties to this Suit:

A. Name and address of Plaintiff:
Kevin Patrick Bannon, 2615 N. Guadalupe St.
Seguin, TX 78155

B. Full name of each defendant, his official
position, his place of employment, and his
full mailing address:

Defendant 1. _AT&T Mobility_, 1010 N. St.
Mary's St. San Antonio, St. 78215



C. Has any Court ever warned or notified you
that Sanctions could be imposed____ yes ✓ No

D. If you answered "yes" give the following
information for each lawsuit in which a
warning was issued:
1. Court that issued warning (if federal Court
give the district and division, N/A
2. Case Numbers: N/A
3. Approximate date warning was issued:
N/A

Executed on: Jun 8, ~~1965~~ 2023 KB

_Kevin Patrick Brown_
Signature of Plaintiff

Plaintiffs Declarations

1. I declare under penalty of Perjury all facts
presented in this complaint and attachment
thereto are true and correct.

2. I understand, if I am released or transferred,
its my responsibility to keep the Court informed
of my current mailing address and failure
to do so may result in the dismissal of this suit.



3. I understand I must exhaust all available administrative remedies prior to filing this law suit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals ( from a judgment in a civil action ) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of cost, I am responsible for the entire filing fee and cost assessed by the court, which shall be deducted in accordance with the law from my inmate trust fund account by my custodian until the filing fee is paid.

Signed this 8th day of January, 2023

Lewis Patrick Bonner
Signature of Plaintiff



V. Statement of Claim

In March 2019 I went back to At&t company. Service was great till I upgraded my phone. It was a Galaxy 21 & I bought it at the store in New Braunfels-Tx. When I got home I fixed all the apps and set up the emails. I went to make a call and couldn't. It said no longer apart of Network. I went back to the store & they put in a new sim card & made a call. When I got home it said No longer apart of this network I called At&T by dialing 611

VI. Relief.

Lawsuit for 9Billion 950 million 850 thousand to be files ag on At&t mobility 25 newest phones for life.

VII. Kevin Patrick Bonner

VIII. A. Have you been sanctioned by any court as a result of any law suit you have filed ___Yes ✓No
B. N/A
C. Has any court ever warned you or notified you that sanctions could be imposed ___Yes ✓No
D. N/A

②

**Day 1**

After about 20 min on the phone they finally said it was on the Block list. I said what is that, my phone is Brand new I just bought it at the store. He said I dont know? I said, ok, how do we fix it? He said let me talk to another dept and I'll be back with you 40 min later he came back on and said I need you to turn it off and back on. I said I'm talking on it to you. He said, do it I'll call you back in 5 min. OK, so I did. He called and I made a sample call to insure it worked.

We made notes in my file like I always did to track problems, so he entered it and read it to me. I was ok at this point with my new phone. 2 Hours later I happened again. I called in and we repeated the same steps. I then said, what is causing this? He said, I really don't know, I've never seen this before. We again entered notes as we always did. I thanked AT&T and hung up. I went to bed and got up

**Day 2**

at 7am, my mom woke me up and said why didn't you pay your phone bill. I said what are you talking about. Sandra needs you and your phone is off. I said no, I payed my bill. My phone did it twice

③

Yesterday? I said, let me get ready I'll deal with this later. I got dressed and left. At Breakfast with Sandra I called AT&T and reported the problem again. I said, Look, the phone is bad, you said the phone is the cause. I said, If its the phone then I need a new one. He said, let me ~~trouble~~ trouble shoot it. I said ok. 48 min later It worked again.

This continued and happened 8 times the first day. I naturally called every time. It always took 30 to 48 min every time. This took alot of time. I Kept requesting a new phone but kept getting the run around.

Day 3.    OK, wake up, off again. I called. By this days end it took 8 times again. this continued every day for 33 days. Some days 6 some days 7 most days 8 times. On the 33rd day I spoke with Warrantie again. They said, its only a under Warrantie for 30 days. Your 3 days past it. I said I spoke with you on the 2nd day, you said trouble shoot it. I spoke again on the 15th day, You said take it on insurance. I said no Warrantie. I said exchange it at the Store.



I was transferred back and they trouble
shooting it again. He said, that should fix
it. I said notes, he said yes. I said ok
and we got off the lines. It worked for 3
hours and went right back to the Block list.
I finally said, Enough, Fix it, stop this
or replace it, I mean shit mister Warranthie
Kept denieing it, Day 33 now and you
guys keep saying this will work. It never
does so lets get it replaced. I said, please.
He said I agree, lets call Warranthie.
They said "NO", he said I've had him
on the phone 93 times this month with
this problem, the phone must cause it
so send him a new one. They said, let me
check. Came back and said ok. So there
Sending a new one.

Two days later, it didnt come so
after fixing my phone 4 times that day
we go them on the line. They said, no
you have to do insurance. I said
what a min. Two days ago you said
yes a new phone. No you say insurance.
I said I should sue you for this
kind of problem it caused with work
and my family. They are all tired of
me being on the phone with you over this

⑤

Day 35

The lady said you have to do insurance and file it to get a new one. I then said put notes of your denial and that I will sue over this. I then called the claim in and paid 200 more to get a new phone. I should of never spent a dime for a new phone with a problem like this. Now they will refurbish my phone and resell it. So they get double the money. Not a legal way to do business in my openion, but its thier way so what can I say.

So the company cost me 200 more. My new phone worked and all was ok. In Feb of 2021 4 phones showed up on my account and the bill went to 7,000 so I called and said what. They said it was sent but had no proof of delivries so I said no take it off. I used a Galaxy 22 Ultra Phones and these Phoness were 22 and 18 of some kind I said take it off. They complyed and did it after several calls to all dept and I said put a note on my account. Never add a line or anything without my phone ringing. They said ok and a few months later 7 phones appeared on my account. I said no way folks.

⑥

So 4 hours later we started getting it
fixed and got some off. They said it takes
a day or two to update in the system. I
said really, computers update at once, but
ok, I called back and had 5 still on it.
So we went through all that again. It
was 3 days later I could and get it
Finally all fixed.

Everything was fine until I was in
Jail for 4 mo. My Mom comes and says look,
7 phones on it again and a 5000 bill. So I
told her to call. She did but I never got
the outcome of it. Doesn't Doesn't matter
it kept happening so I don't trust AT&T
anymore with phones. My ex-girlfriend had
a phone but I Blocked it because she
stole it and I'm gonna press charges on
her when I get out. She was using
my identity and most likely was the one who
put all those phones on their so I don't
trust her either. She was on drugs and I
cleaned her up, but she got back with
a dealer so I'm sure they did it.

Due to their continued problem
and the 129 pages of message in my
account the attorney attorney has to
get and contact Corporate Headquarters

⑦

I've always loved AT&T but in truth with all these problems I need their service bad. For like with the law suit. I want the ability to up grade anytime I want and all users in my family and Spouses who have the new numbers that all have to be 336 area code 830 area code. One goes to a older lady who has a young son with cancer so I will give her one Sandra Martinez

In the notes from all departments is most likely 40 to 80 pages long. It was a terrible 3 years with cancer. At the end. Assurian the insurance carrier denied all my claims as well and I said I would sue them too. They denied it 11 times on my last phone thats why I bought the one that I have now. So when you do this law suit up date all my needs from AT&T Mobility.

Sincerely

Kira P Brooks

# Guadalupe County Adult Detention Center
## 132.003 Form of Declaration

Instructions: This form can be used in lieu of sworn declaration (notary) in accordance with chapter 132 Civil Practice & Remedies Code. In first blank you must fill in your name and Sheriff's Office number. The second blank needs to be filled in with the date you are submitting the document. The last blank is for your signature.

I, _Kevin P. Bowie_ being presently incarcerated in the Guadalupe County Adult Detention Center in Guadalupe County, Texas, declare under the penalty of perjury that the foregoing is true and correct.

Executed on: _Jan 8 2023_

Signature: _[signature]_

GCADC Form 2100.02 0206

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G23-0006

Date: Jan 3 2023                                    Cell: C-12·17

Inmate Name: Kevin P. Bonner                    SO#: 02-13014

Incident Date: Jan 3, 2023   Time: 6 an Location: Pod / cell

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or inaction based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Sgt. Cook refused my clothes for count. Rule 2(B) Excess items must be released I have 2 sets so why. (B) If count requires clothes by rule family allowed to bring them. C.(A) there must release such items Inmate Property Release I put it on the tablet too. So Sgt. Cook misused her authority I will accept a apology but only when my clothes are brought and the one up front in visitation thinks its only for court dates. Court elects to do it and that's not in the Handbook and violates my access to courts and due process of law. It violates The State Jailhouse Rules too. So lets See what you do. Maggie Bonner 210-289-2905 she brings them when you call

K. Bonner

Inmate's signature: _____

Proposed Solution to issue: _____

_____

_____

_____

_____

***************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: _1-4-23_          Interim response to inmate: _____

Answer provided to inmate: _____

__✓__ Investigated By: _Sgt. Lerma_____

_____ Referred to: _____

__✓__ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_Duplicate complaint addressed in G22-0553_

_____

_____

_____

_____

_____

_____

_____

Responding Staff Member: _Sgt. Lerma_          Date Answered: _1-6-23_

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0554

Date: Dec 29, 2022                      Cell: C-12-14

Inmate Name: Frankie Kean          SO#: 02-13914

Incident Date: Dec 29, 2022  Time: 2pm  Location: Pod·Cell

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☐ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Sgt Lerma, Thank you again. Listen Medical is my money for my medication, skin cream and I never get it. I've asked 4 times and it never came. So put my money back and stop taking it unless I order it. In all honesty think the area it should be, its the only section it 4 times in all, put all the missing money back.

K. Kean

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____

Proposed Solution to issue:_____
_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: _12·30·2 2_                Interim response to inmate: _1·6·23_

Answer provided to inmate: _____

_____ Investigated By: _____

___✓___ Referred to: _Medical Supervisor_

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Responding Staff Member: _____    Date Answered: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____

Proposed Solution to issue:_____

_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: __12-31-22_____          Interim response to inmate: _____

Answer provided to inmate: _____01-06-23_____

X_____ Investigated By: _____SGT LERMA_____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

X_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Per the inmate handbook page 5 Section IV)B)1)2)3) if you are scheduled for a court appearance that requires you to be dressed in street clothes (**jury trail**), you will be permitted to wear the clothing that you wore when you entered the GCADC, Or a member of your family may be permitted to bring one (1) set of clothing to the GCADC for you to wear in court. All such street clothing will be returned to your personal property following your Court appearance.

      Inmate is not scheduled for a jury trial.

Per the inmate handbook page 5 Section IV)C)5) You should not release your clothing unless you are sentenced to Texas Department of Corrections.

      Inmate is not sentenced.

Responding Staff Member: _____Sgt. Lerma_____ Date Answered: __01-06-23_____

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G23-0010

Date: Jan 4, 2023                              Cell: C-12-17

Inmate Name: Bonner, Keith                    SO#: 02-13014

Incident Date: Jan 3 2023 Time: 5:30 Location: Jail

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.
   ☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
   ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
   ☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
   ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Sgt Cox's refuse my clothes to be brought in
Accordeing to the Handbook its allowed. I
currently have (2) set of clothes that do not
fit, Sgt Cox said only if Im transfered no
one would know that until it happened and
and on release they would detain me while
I quit for clothes. The officer in Visitation
said to my family only on court days. Not
a rule. ASO Martin said he wrote the rules
in th handbook and still said only if your
dressing for court. My attorney filed for it
and futher more she violated the rules and
didnt follow the Handbook rules either so
you wonder why Im saing Sgt Cox in

_Federal Court. I sent it today. Go ahead_
_for you. Good luck. By the way, read the_
_rules. It no class action don't hit the_
_[illegible] [illegible] class actions will_
_[illegible] also [illegible] to [illegible] Court_
_[illegible]_
_[illegible]_
_[illegible]_

Inmate's signature: _[signature]_

Proposed Solution to issue: _[illegible]_
_[illegible]_
_[illegible]_

***************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: _1-5-23_          Interim response to inmate: _____

Answer provided to inmate: _1-6-23_ _____

___✓___ Investigated By: _Sgt. Lerma_

_____ Referred to: _____

___✓___ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_Duplicate complaint as G22-0553_

Responding Staff Member: _Sgt. Lerma_          Date Answered: _1-6-23_

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0553

Date: _Dec 30, 2022_          Cell: _C-217_

Inmate Name: _Dec 30, 2022 K. Bonnel_ SO#: _02-13014_

Incident Date: _Dec 30, 2022_ Time: _am_ Location: _Pod/Cell_

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

My mother was told she couldn't drop off cloths unless I was going to court, she is picking up my clothes on next thurs, I said if your taking my old cloths why not leave my dress cloths at the same time. That makes my family come twice and if it made Bond I would have no cloths to go home in, so that cant be a rule, if violates no right to have clothes in my property, My sister brought clothes and had no problem doing it. She brought the wrong ones thats all. Than your staff never gave her my old ones so need. I have 2 sets

So no that was wrong to do as well. No
cail refuses clothes. People gain weight in
cail and need new ones. They dress for
court and need it. He said only on my
court date day could she do it. That
has nothing to do with a exchange of
clothes to anyone for any reason. All
cails allow it so yes it not in
compliance on this issue either.
Jail standards rules say yes also.

Inmate's signature: _X_____

Proposed Solution to issue: Exchange clothes and allow
it when its needed to be done.

_____

_____

_____

_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: _12-31-22___     Interim response to inmate: _____

Answer provided to inmate: _1-6-23_____

___✓___ Investigated By: _Sgt. Leem_____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

___✓___ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_____See____Attached____Response_____

_____

_____

_____

_____

_____

_____

Responding Staff Member: _Sgt. Leumma___     Date Answered: _1-6-23_



I also said he kept the counties
Money and should be jailed for doing
that. Why not every thief you catch
comes to jail, Why not a thief
Atts. So you will let an atty. i/2
off your own county? Wow.

You want to know why its only
one page. I asked for both pages
the guard brought one page ones.

So your sueing it can't be rotated
and theirs equal/top in rotating so C24-25
d3 all dont have to stay up have the night
to get a hair cut or be woke up. Not
right. Same with Rec. 10pm must night
if it runs all day. Seriously call when
they dont do their job on time. Anyways.
Just read again and keep up the
good work Atty - why would the
SP next do it?

Answer that's         Sincerely

                     Kevin Brauer

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G02-0426

Date: 9-15-22                                    Cell: C-24-08

Inmate Name: Kevin P. Bonner   SO#: 02130 14

Incident Date: 9-15-22   Time: 8AM Location: Jail

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

I spent time sending messages to Sgt. Thomas and Greg. Sgt. AS Martin replied and said not a jail issue. When I need to know if my mail made to the courthouse it wasn't to much to ask. My Mother had a Heart Attack. My atty is out of town so I have no one but your five enclosed a copy of the Motion to Jessica Crawford court. This is the one I never got a reponse from the mailroom saying it went out. AS Martin refused to help and was not helpful at all. I need this Motion either taken or faxed to the Trial Judge please.

I wrote a grievance about this elice
and gave it to St. thomas, but I didn't
put the motion in. So could you please
make sure she has it or get it to her.
Sent Sept 13th, I sent 5 that day. The
case will be dismissed when its read by
the judge. Thats why, I'm worried
about it. I'm still her so yes I
should be out. (you can see that
when you read it)

Inmate's signature: _Kire P. Bennet_

Proposed Solution to issue: _____
_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: __9-19-22__    Interim response to inmate: _____
Answer provided to inmate: ___9-19-22___

_____ Investigated By: _____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

__✓__ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:
_G22-0426_

_Not a grievable issue. Contact the courts._
_GCADC does not make copies for inmates._

_____
_____
_____
_____

Responding Staff Member: ___R Robles___    Date Answered: __9-19-22__

*Appeal*

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: C 22 -0426

Date: Sept. 19, 22                    Cell: C-24-08

Inmate Name: Kevin P. Bonner    SO#: 02-130-14

Incident Date: 9-15-22    Time: 9pm Location: Dorm,

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.
- [x] Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
- [ ] A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
- [ ] Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
- [x] Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

"Yall were never asked to make copies, how are you so nieve about the grievance. Yall were asked to contact the court. Yall were asked to resove a issue that will cust this shierff Hundreds of thousends. When I am wrongfully incarcerated according to the law all who are notified are liable for payments when they fail to act ASA Martin was told in the message app and failed so to rods to be sued and held accountable like the motion says, you cant keep me in this jail without a 250 Million law suit for failing to do as you were asked to do. this has gone on too long"

I have sent G22-0425 and said Appeal pending
but didn't sign it. So you know what the
Judge will say as well as my attn. When
I'm wrongfully incarcerated it is your duty
to respond and all who are contacted. I
did contact my sister and I will see the
Judge and attn and will not forgive you
if you don't get it done like I asked. No
where did I say make copies. Mailroom
said the same, again I never asked that.

Inmate's signature: _Kino Bell_

Proposed Solution to issue: _____

_____

_____

_____

_____

_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: _9-20-22_        Interim response to inmate: _9-20-22_

Answer provided to inmate: _____

_____ Investigated By: _____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_G22-0406  pending  appeal._

_____

_____

_____

_____

_____

_____

_____

_____

Responding Staff Member: _____    Date Answered: _____

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0448

Date: Sept 8, 2022                     Cell: C-24

Inmate Name: Kevin P. Conner          SO#: 02-130 14

Incident Date: Same       Time: 9AM  Location: Dorm

1) <u>Must be filed within 72 hours of the incident.</u>
2) <u>Only the below items are grounds for a grievance.</u> Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☐ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) <u>For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.</u>
4) <u>If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.</u>
5) <u>Only file one issue per grievance, if multiple issues on a grievance it will be rejected.</u>

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Regularly your staff has been going from Dorm #1 to Dorm #25 on Recreation. This doesn't allow one of us to have Sun and UV Rays which are important to the skin. Your staff has done it regularly to the point that 24 and 25 always go last. You need to educate your staff on the proper rotation and to properly note in the log to be followed and done in a rotating way 25 first one day the C-1 first the next day, each officer must write where it begins the following day. Since it goes into the late night shift its the same as the Night shift. But it should be the last

enty so its read first. It wouldn't hurt to tape a note to the computer saying 1-25 was done today 25-1 will be done on your shift. Its easy to do and you are a Blessing to please make sure every officer Knows how to rotate instead off always makin 24-25 last all the time. I got to court Thursday and Booking will have to fax my motion's to the public. Let them Know as well ox

Inmate's signature: _Xavier Bonner_

Proposed Solution to issue: _____

_____

_____

_____

_____

_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: _10-10-22_        Interim response to inmate: _____

Answer provided to inmate: _____

___✓___ Investigated By: _Sgt. Leume_

_____ Referred to: _____

___✓___ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

It appears inmate may have made a clerical error on his part of the incident date and date of the grievance as September 8, 2022. This grievance was received on October 10, 2022. Therefore making the grievance well over the 72 hour time frame an inmate has to file a grievance from the date of the incident. However inmate's complaint that they "don't ever get any sun" was looked into. Given the complaint was received on October 10th I audited the prior week (week of October 3, 2022 to October 9, 2022) recreation for inmate Bonner's cell Charlie 24 (C24). This inmate cell was offered recreation 4 out of 7 days during a day shift. Inmate also makes a request for Booking to fax motions to the court. This request is denied. You need to address your motions with the court through your attorney or by mail.

| Date | Shift offered recreation to C24 | Attended / Refused Recreation |
|---|---|---|
| October 3, 2022 | Shift 1 – Day Shift | Refused Recreation |
| October 4, 2022 | Shift 1 – Day Shift | Refused Recreation |
| October 5, 2022 | Shift 4 – Night Shift | Refused Recreation |
| October 6, 2022 | Shift 4 – Night Shift | Refused Recreation |
| October 7, 2022 | Shift 4 – Night Shift | Refused Recreation |
| October 8, 2022 | Shift 1 – Day Shift | Refused Recreation |
| October 9, 2022 | Shift 1 – Day Shift | Refused Recreation |

Responding Staff Member: _Sgt. Leume_        Date Answered: _10-11-22_

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22 -0476

Date: Oct 27, 22                          Cell: C-24-08

Inmate Name: Kevin P, Binner    SO#: 07 130 14

Incident Date: Oct 27 22  Time: 11pm Location: Pokm

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☐ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☐ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Today I learned about Covert 19 shots and Booster shots, I had to ask in the message and tell I got a reply, the population of the jail does not know about it. I've been here 6mo and never knew. So the jail should put a note in the window and say we offer it. Or have medical announce it at pill call to educate the inmate population. Again a better jail is a healthy jail. It's not fair to one who catch it or have caught it or not knowing. It would of all been avoided if we all would of know. We will inform people because we don't want to catch it. So will everyone who trans you have it. Thank you.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____

Proposed Solution to issue: _____
_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: _10-28-22_          Interim response to inmate: _____

Answer provided to inmate: _10-28-22_

__✓__ Investigated By: _Sgt. Lerma_

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

__✓__ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_Not a Grievance. However the suggest to put a_
_memo on the window was pass on to Admin._
_____
_____
_____
_____
_____
_____

Responding Staff Member: _Sgt Lerma_          Date Answered: _10/28/22_

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: 622 047

Date: Nov 5 2022                    Cell: E-19-08

Inmate Name: Kevin Bonnen          SO#: 02 13 14

Incident Date: Nov 2,    Time: 9pm Location: Dorm

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.
   ☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
   ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
   ☐ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
   ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Now I know, the government is who issued Covert 19 now you the Government wants everihuman vactenated and treated with static CDC is who is who seals it. You said no to notice in air down windows. So "you" are puting the jail at risk and should be fired for your behavior. I would fire you if I were the boss My reasonaing usually of fired you on the spot. You don't work in a public facility and put them at risk because you want too. I will report this to the CDC and fax these to them so they sec

*their names and all and can address it with your boss. Medical said you needed to, on the list before one could get a shot. How the hell do you think the jail would know if you dont notify them? How stupid. Stupid don you be in this jail. You want to know why guards dont show up ask me.*

Inmate's signature: _Kevin Bell_

Proposed Solution to issue: _Put a notice in every dorm_

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: _11-7-22_                Interim response to inmate: _____

Answer provided to inmate: _11-7-22_

_____ Investigated By: _____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Per G22-0476 appeal response
from Lt. Washington

Appeal Decision: Not a Grievance
        and
Does Not give continued appeal option

Responding Staff Member: _Sgt. Keume_        Date Answered: _11/7/22_

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: *G22-0480*

Date: *Oct, 28,2022*                    Cell: *0-24 02*

Inmate Name: *Kevin P. Bonner*    SO#: *02 130 14*

Incident Date: *Oct, 28,2022* Time: *5pm* Location: *Dorm*

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Today and yesterday I sent Request for a
Covcd 19 Booster shot, and the Triple Flue
shot. I asked the guard, if he gave it to
medical. He said no, you need to do it
on a Medical Request. I've always used
request to Medical to know my medication
At this rate I can catch covcd 19, So why
this continued delay, I've handed request
directly too Medical, they never said to
use a different sheet. We don't normally
have a supply and guards often forget.
I asked for request sheets for 3 days till
I get it. Guess I should of set Medical
then. Not funny, but I will turn around

You Know, I've never had a general toil
one that Lets just be served for a min.
Pull my File, read every grievance and reply
and tell me what can be done with my
letter. You directly caused a delay in
nothing the court. Your general caused
a 3 day or longer delay to get a shot.
I accused of been given that today, I
sent request on 0 shift and 2nd shift and
no one said anything but this general

Inmate's signature: _[signature]_

Proposed Solution to issue: _____

_____

_____

_____

_____

_____

***************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************
Date Received: 10-31-22          Interim response to inmate: 10-31-22

Answer provided to inmate: _____

___✓___ Investigated By: Sgt. Lemme

___✓___ Referred to: Shift 3 Supervisor.

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:
This complaint has been forwarded to shift 3 for review.

_____

_____

_____

_____

_____

_____

_____

_____

Responding Staff Member: _____    Date Answered: _____

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: *G22 - 0480*

Date: *Oct. 28, 2022*                          Cell: *0-24-02*

Inmate Name: *Kevin P. Benner*    SO#: *0213014*

Incident Date: *Oct. 28, 2022* Time: *5 pm* Location: *Dorm*

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

   ☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

   ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

   ☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

   ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Today and yesterday I sent Request for a Covert 19 Booster shot, and the Triple Flu shot. I asked the guard, if he gave it to medical, He said no, you need to do it on a Medical Request. I've always used request to Medical to renew my medication. At this rate I am dutch coded 19, Seeing this continued delay, I've handed request directly too Medical, they now said to use a different shot, like dont normally have a supply and guards give these forms. I asked for request shots for 3 days try I get it, I Guess I should at Sat Medical this. Not funny, but I will run around

*[handwritten text, partially illegible]*

you know, Fire now had a grievance tell
me that. Lets just be serious for a min.
Pulling File, read each grievance and reply
and tell me what need be done with my
other. *You* directly caused a delay in
nothing the round Now your guard refused
of 5day or longer delay to get a shift.
I should of been given that today. I
sent reques on 1st shift and 2nd shift and
no one said anything but this grievance.

Inmate's signature: X_____

Proposed Solution to issue: _____
_____
_____
_____
_____
_____

***************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: 10-31-22        Interim response to inmate: 10-31-22

Answer provided to inmate: _____

✓ Investigated By: Sgt. Leema

✓ Referred to: Shift 3 Supervisor

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Per Shift 3 Sergeant Haiyasoso despite if the "guard" told
Inmate Bonner that they wouldn't or didn't turn in his request
there are two request in Medical which are dated
October 27, 2022   Medical supervisor Confirmed that
inmate Bonner is on the list to receive the COVID-19 Shot.
The triple & Flu Shot is not an option for inmates at
this time.

_____
_____

Responding Staff Member: Sgt. Leema        Date Answered: 11/2/22

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: 622-0480

Date: Nov 5, 2022                          Cell: 02 / 30 / 4 /

Inmate Name: KEVIN BONNER              SO#: E-19-08

Incident Date: Oct. 28, 2022 Time: 72m Location: Dorm

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are
filing under by checking the box next to the definition.

[✓] Violation of civil rights- A civil rights violation is an action or in action based on
race, age, religion, sex, physical or mental disability, sexual orientation or
national origin.

[ ] A criminal act- An act committed in violation of law where the consequence of
conviction by a court is punishment, especially where the punishment is a serious
one such as imprisonment.

[✓] Unjust denial or restriction of your privileges- An act where everybody else was
allowed a privilege but you were not without cause.

[✓] Prohibited act by staff on duty- A staff member is doing something that is
prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit
officer. If they cannot resolve the issue, write a request form to the supervisor of
the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can
appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it
will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to
include date, time, who was involved, how it happened. If you do not provide good details we cannot
conduct an investigation.

You said in a reply from Lt. Washington
that no would put cover 19 shat notices
in windows. No reason why not stated. It's
a shot issued by the Government and is entitled
to every human in the united states. So Lt.
Washington is denying everyone in the jail their
rights to be protected by the cover 19 shot.
Medical told me I'm on the list. They also said
I had to have 15 on the list before we would
get it. So I don't get it unless the
whole jail know it's available. Medical
can announce it at every pill call for
a day or every few days. Till everyone
knows or post a notice about it.

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G23-0002

Date: Jan 1 2022                                    Cell: C-1217

Inmate Name: Bonner Kevin                           SO#: 02-13014

Incident Date: Jan 1 2022  Time: 10:30 Location: Dorm / Cell

1) <u>Must be filed within 72 hours of the incident.</u>
2) <u>Only the below items are grounds for a grievance</u>. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) <u>For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.</u>
4) <u>If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.</u>
5) <u>Only file one issue per grievance, if multiple issues on a grievance it will be rejected.</u>

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Officer Castro, refused me time out and a shower so now I wrote the court to sue her ass and I will sue her and take her truck car and home and leave her with nathing now. The gaard was told by the Sgt She couldnt do that. She has a attaction to Blacks or what I'll Am out 23:30 min 2 hr 30 min and denied m. rc it the greatest please get my lite to tell I wrote the United State court house to sue her fuck bitch ass for racisity Leuving 16 cell out for 2 hours and 30 min and denied int tinrc

that is a worthless period
and should not work here because
now this law suit falls on out
of the grit as well, they fucking
stupid don all of you be,

Inmate's signature: _Keenth_

Proposed Solution to issue: Termination so the
law suit will co on here Best
you can save the jail for more c

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE\*\*\*\*\*\*\*\*\*\*\*\*

Date Received: _1-3-23_          Interim response to inmate: _____

Answer provided to inmate: _1-6-23_____

_✓_ Investigated By: _Sgt. Lemm_____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_✓_ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_____See Attached Response_____

Responding Staff Member: _Sgt. Lemm____    Date Answered: _1-6-23_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____


Proposed Solution to issue:_____
_____
_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received:  01-03-23                              Interim response to inmate: _____

Answer provided to inmate:      01-06-23

X_____ Investigated By:       SGT LERMA

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

X_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

On January 1st the date of the incident inmate claims Shift 2 Officer Castro refused him "time out and a shower". On night shifts rotations "time out" or "hour outs" are offered as access to a day room (which includes an opportunity to shower) on odd calendar days they are offered on day shift rotations.  This complaint has been address on a prior grievance.

Per the Texas Commission on Jail Standards Chapter 277.6 each inmate shall be given the opportunity to shower at least every other day.

        Documentation shows inmate was provided access to a day room, which includes an opportunity to shower, on December 31, 2022 (the day before the incident) and on January 2, 2023 (the day after the listed incident date).

Responding Staff Member: _____Sgt. Lerma_____ Date Answered:  01-06-23

*Appeal*

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22 0470

Date: Oct 25, 22                          Cell: C-24-08

Inmate Name: Kent P. Zimmer       SO#: 02 130 14

Incident Date: Oct 24, 2022  Time: 4:9pm Location: Dorm

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.
   ☐ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
   ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
   ☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
   ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

Sgt. Lerma, I thank you for your reply however he did direct me to request it if it's a message you failed to see. He accused me of threats. Sueing him and the jail for not doing whats asked to notify the court when I have all case law to prove his gese. You would do the same, the court has to fire you no matter what. I will serve those Messages i why dont you print them and send to me. I'm asking please. Now they were nice enough to cut is hair at 8:00 Am because the court called to get it done when I wrote him. So we should not have to wait till 11am

Inmate's signature: _____

Proposed Solution to issue:_____

\****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received:  __10-26-22__          Interim response to inmate:  _____10-26-22_____

Answer provided to inmate: _____

_____ Investigated By: _____

X_____ Referred to:  ___G22-0470 appealed to LT. Washington_____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Responding Staff Member: _____Sgt. Lerma_____          Date Answered: __10-26-22__

I have a file so thick with proof that my moms brings to court. My wife will too. I have ever law on my side. You want to know the truth. I told the judge that if he didnt want to fire the courts that he needed to put call em Department of Police Safety. But in reality they wont. You see once I prove the case its Wrongful Incarceration Thats as simple as it is. Id eruther told the judge the same and what I had. He said he was looking forward to seeing it. So play. I dont play dont you get it. I'm nice, I'm always polite but the hell with you if I'm not gonna get my money and fire everyone who failed me in this 6 mo.

I sent for a new atty at 530 Am and sent the paperwork the SP4 didnt do it. So I wrote the judge and said what I needed. It simple enough. Kyle Earnst was fired for sending the evidence file back to my mom without even opening it. Ya i dont trust lawyers like that. I also wrote the State Bar about it.

or later all the times. A rotation isn't to much to ask. Seimic Bonner nttg at Law is ready to sue anyone + direct him to do. ① You all denied one grievance. Don't you know when it keep every one of them how bad that will ~~look~~ ~~on you and it when it should what do~~ the judge? Wow Bad! I do apologize I did put the wrong date on it, thank you for bringing it to my attention.

Yes it have been denied at 3 shift and never got it done. In 6mo's I've only been allowed to do it twice. So yes it does happen. So yes it is a Grievance ~~issue~~. Your shuriff is a cop not a court or judge. Must of you have seen the Motion. ASA Martin how much that will look very bad in courts. No judge can refuss the plain truth about my case.

So dont patronize me. (1) It a email that went to texas Code enforcement in Austin Tx. By col law's the case had to be filed in Austin and plain and simple any of you who think your safe with not doing what's order I feel bad for anyone of your follow him, you'll go down with him.

The best part of my life is the how Suits
I will File over everyone not doing their
jobs at the jail. I sue others, the president
knew about it. So its important to put
up a notice. The government would fine
the jail it I notify them. I leave in
6 days and will call it. Its not done by
the time I leave. I will get a letter from
them about ad report as well. CID is
who I will tell on you all. ok,

Inmate's signature: _____

Proposed Solution to issue: Post a notice in the window
Bible says you Jeleave in spirits on the earth
you go to hell, so lets get the jail
healthy and look at the Messages
between ASA Mahn and me in the Message
app. You be delighted for sure!

*************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: 11-7-22     Interim response to inmate: 11-7-22

Answer provided to inmate: _____

_____ Investigated By: _____

✓ Referred to: G22-0480 appealed to Lt. Washington

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Responding Staff Member: _____     Date Answered: _____

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0476

Date: Oct 31, 2022                    Cell: C 2608

Inmate Name: Kevin P Bonner    SO#: C2 13014

Incident Date: Oct 31 2022 Time: 10:33 Location: Cell Dorm

1) <u>Must be filed within 72 hours of the incident.</u>
2) <u>Only the below items are grounds for a grievance.</u> Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☐ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) <u>For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.</u>
4) <u>If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.</u>
5) <u>Only file one issue per grievance, if multiple issues on a grievance it will be rejected.</u>

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

I clearly can see that 1st shift never past the covert 19 shuts notice and 2nd shift didnt, 3rd shift didtat. No down in this jail has on the window So Im bring denied my shot because no one did they was and put it in the windows and never sent my name on it to help the jail get shots. Your courts keep filling families to a bind because of court its listen to sick people died & this disease and can die easy I will sue this jail if it dasnt happen in the next 24 hours on

your staff keeps saying thats a threat
No its a promise and I will honor
it.

Again I have no att and the radio,
better arrind are I tr I you recall I will
sull. The next fuel issue with my lt
then radiol and complet talk to him,
he sud so. For denial Rights to
access to count. Your court House is
going to be sued for this.

Inmate's signature: _Kevin McBee_

Proposed Solution to issue: Do not reply to this till
I to all posted in my dorm,

_____

_____

_____

*****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: __11·1·22__        Interim response to inmate: _____

Answer provided to inmate: _____

_____ Investigated By: _____

_____ Referred to: __Appeal Response from Lt. Washington__

_____ Rejected (include rationale for rejection in response section)

__✓__ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

See Appeal response to G22-0476
from Lt. Washington

_____

_____

_____

_____

_____

_____

Responding Staff Member: __Sgt. Keuva__        Date Answered: __11/2/22__

Appel G-22-0476

I realize you said Admin would put a notice in every window but we havent seen it. Cover-19 Vac. and Booster shots. So today medical said I cant get mine till there are 15 people requesting it. So I hope you will get it done soon. You know I keep fixing everything in this jail and never get credit for it. Grievances are done to resolve issues. Im loved by the women in jail too. So when I get out Im bailing every one of them out of jail since family dont care. Why don't you tell them or ask them. Sgt, dermo you said not a grievance and marked it not a grievance but you clearly said admin had to put a memo in the window. When you say so its a grievance that are reslu resolved by you.

Any way since its not in the window please get it done. By the way caught get a grievance today sorry. Admin didnt get it done. So please follow up on it ok. Now Lt Washington, I replied to that grievance as well Nov 10, 2022 Im scheduled for court. I wrote Charles Bonner atty at law in CA. about the 30 Billion 850 Million, 750 Thousand Law suit.

Kyle Einst Sent the evidence file back unopened and abandoned the case. I will sue him for that. Anyway, Your igreat and I do really appreciate you. So who wants a new house? the one who gets it to court and get me a new atty and into court will get a new one. See how nice I am. You really want to Know how rich I am. I would build one for the cutie girl. My case. Bench It would of been nice but when I found out it was wrongful it simply became a cash cow for me. Whats a little time. At 39,000 a day why would I care I make that a day on the east coast where I have a house in North Carolina and the biggest Maintenance company. I'll build hotels to now since I think I can build a better one and nicer than any I have ever seen.

Please get things done. She said she had to have 15 people signed up. Lets get the memo out and lets get every one healthy and in better health all the way around.

Gene Benner

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____

Proposed Solution to issue: _____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************
Date Received: __10·31·22__          Interim response to inmate: __10·31·22__
Answer provided to inmate: _____

_____ Investigated By: _____
__✓__ Referred to: Cn22-0476  appealed to  Lt. Washington
_____ Rejected (include rationale for rejection in response section)
_____ No Action required (include reason in response section)
_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:
_____
_____
_____
_____
_____
_____
_____
_____
_____

Responding Staff Member: _____          Date Answered: _____

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0483

Date: Nov 3, 2022          Cell: E 19-08

Inmate Name: Kevin P. Leake    SO#: 02 130 14

Incident Date: Oct. 8, 2022 Time: 6pm Location: Dorm

1) <u>Must be filed within 72 hours of the incident.</u>
2) <u>Only the below items are grounds for a grievance.</u> Indicate which item you are filing under by checking the box next to the definition.
   - [✓] Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
   - [ ] A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
   - [ ] Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
   - [✓] Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) <u>For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.</u>
4) <u>If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.</u>
5) <u>Only file one issue per grievance, if multiple issues on a grievance it will be rejected.</u>

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation. You stated in your reply that Kyle Elast is my atty. No. (1) I fired Him in March and said I would sue him for sealing a evidence file void unopened. I don't think he's my atty animore, so who is she on the team, but cant be legally represented if your atty lies or refused evidence in the case. I invite the state Bar to suspend his license as will Sgt Lerma gets play your fucking game with me again I will sue you for 5million Individually. I respected you but you gave Bull sht a stslurs about I stated no he is not

_[handwritten text, partially illegible]_

Inmate's signature: _[signature]_

Proposed Solution to issue: _[handwritten, partially illegible]_

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: __11·7·22__          Interim response to inmate: _____

Answer provided to inmate: _____

_____ Investigated By: _____

__✓__ Referred to: __G22-0483 appealed to Lt. Washington__

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_G22-0483 is currently being appealed and pending a response from Lt Washington this will be forwarded with the pending appeal_

Responding Staff Member: __Sgt Luna__          Date Answered: __11/7/22__

# Guadalupe County Adult Detention Center
## Grievance Appeal Disposition

Inmate: _Bonner, Kevin_  SO#: _02130-14_    Case: _G22-0480_

Date Received: _11-7-22_                    Filed 72 hours or less: (YES) / NO

Forwarded to: _Lt. Washington_

**Findings:**

Not required to post about Covid-19 Booster shot in the windows

Appeal Decision: _Dnil_

Signature of reviewer: _Lt. Card_        Date: _11/28/2022_

You may appeal all decisions of the _~~Not appealble~~_ in writing to the

_____ within 72 hours of the decision.

Each office appealed to shall render a decision on the appeal and respond to the classification officer within a maximum of fifteen (15) working days upon receipt of the appeal. The decision of the Sheriff or designee is final.

02/24/11

## Guadalupe County Adult Detention Center
### Grievance Appeal Disposition

Inmate: _Bonner, Kevin_    SO#: _02130-14_    Case: _G22-0476_

Date Received: _10-31-22_    Filed 72 hours or less: (YES) / NO

Forwarded to: _Lt. Washington_

**Findings:**

_Not required to place notice in window._

Appeal Decision: _Not a grievance._

Signature of reviewer: _Lt. Washington_    Date: _11/1/2022_

You may appeal all decisions of the _____ in writing to the

_____ within 72 hours of the decision.

Each office appealed to shall render a decision on the appeal and respond to the classification officer within a maximum of fifteen (15) working days upon receipt of the appeal. The decision of the Sheriff or designee is final.

02/24/11

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0508

Date: Nov 24, 2022                    Cell: C-12-17

Inmate Name: KEVIN P. BONNER          SO#: 02-13014

Incident Date: Nov 22, 2022 Time: 01m Location: Jail

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.
   - ☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.
   - ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.
   - ☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.
   - ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.
3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.
4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.
5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

I sent a request to SA Hernandez and he failed to reply. This jail is being sued for what SA Hernandez and PA Martin did and Sgt. Lerma of classification. The sheriff request was answered by SA Martin with no adequate reply. My case is over and done with in Credit Speedy Trial Act, 120 days, 201, days now on me. Jurisdiction of a Austin case, not a Seguin case. My judge knows this. Need went to see the Mation and see its 25,940,000 on court day, Comm sec My family gets paid, my wife gets paid, my mother my sister

cut get paid, I sent a grievance about
me being in a cell, and As Martin told my
Mom everyone hated me. I said you go
dorm to dorm and verify it and print the
truth. I knew I've already talked with
each dorm, Staff doesn't let lies go on
about me. He lied to my Mom and when
you mess with family you're in deep shit
with everyone in real family. Lies, don't
win. The jail never notified the Court.

Inmate's signature: _Kevin P. Besse_

Proposed Solution to issue: Judge William Old All must
be notified of all of it. Everytime in the Message
App. 0213014, Password 200202 get on
tablet and look yourself. Move me back to
F10-02 my old dorm where everyone wants
me back

*****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: 11-28-22       Interim response to inmate: _____

Answer provided to inmate: 11-28-22

✓ Investigated By: Sgt. Lerma

___ Referred to: _____

✓ Rejected (include rationale for rejection in response section)

___ No Action required (include reason in response section)

✓ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Rejected- Not a Grievance Multiple issues listed
that have been addressed in prior grievances
 - JM failed to reply to a request
 - Notice of being sued
 - Case supposed to be a Austin case not a Seguin case
 - Jail did Not Notify Court
 - Request to move back to F10
 - Wrongful incarceration

Responding Staff Member: Sgt. Lerma       Date Answered: 11/28/22

F-10 - E-19 E-18 D-17 C-24 F-12
C-12. I'ce been here 7mo I've
been moved more than anyone in
the jail if you see the pattern
here. Harrassment to its fullest
What kind of Dam gail do
you think your running. Do
you realize that the Sheriff will
end up sued for their actions,
you better notify him and 2nd
in charge,
     Come see my legal work. you'll
see its no game at all



(3)

Every guard comes in here and says why are you in here, you know what, I've never been to medical, had a black eye or been pulled out for any reason by anyone. So no Sgt. can say I have and any Lt. like washington, who lied, I write jailhouse standards and any atty. about these lies and will get justice in the end. All message printed and sent to my family. So don't think I don't see what you see and all that was said. So don't ever think I wont sue Sgt Lerma, SA Hernandez LB Martin and this jail.

Now my case is beat 100% I can prove it any day. You folks don't realize this when it's wrongful incarceration it goes against the jail in every area in the state. It's automatic and when he sees you all failed to notify him, that judge will get ahold of the sheriff demand your jobs and put you all in jail. He has no choice but to my atty will demand it. So keep playing with me in PC with your lies and I will sue you

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G23-0001

Date: Jan 1. 2022                          Cell: C·12·11

Inmate Name: Bonner Kevin              SO#: 02 130 14

Incident Date: Jan 1 2022   Time: 1pm  Location: Pod Cell

1) Must be filed within 72 hours of the incident.
2) Only the below items are grounds for a grievance. Indicate which item you are filing under by checking the box next to the definition.

☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.

4) If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.

5) Only file one issue per grievance, if multiple issues on a grievance it will be rejected.

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

You have let your staff go too far. The officer came in and said do you want your hour out, I was out early yesterday so its late today, they did not do that F-Hall or E-Hall. Your pod Don so BS your staff think your can make rules up as you go. 30 Billion lawsuit I own your ass and will tae every God Dam one of you when I take ownership of it. I would all tire other pass I will fire all of your and stand over. Rour fuckin Guard can not make me go out early two days in a row

and Fuck me out of my rightful deal man time. I will now raise it to 50 Billion because of this bull shit. He said It's a new month so you start over with duff. Never seen done before. Of all lic and are going to tech as said when I get the feds in here to search cell records and rules your shit is a lie Son of a Bitch who just got a scroll law suit filed now.

Inmate's signature: _Kecil Mc_

Proposed Solution to issue: _Suspend the officer or I will put him on the law suit as well_

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: _1-3-23_          Interim response to inmate: _____

Answer provided to inmate: _1-6-23_

___✓___ Investigated By: _Sgt. Lerme_

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

___✓___ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

_See Attached Response_

Responding Staff Member: _Sgt. Lerme_          Date Answered: _1-6-23_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature: _____


Proposed Solution to issue:_____
_____
_____
_____
_____
_____
_____

****************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE*************

Date Received: __01-03-23_____          Interim response to inmate: _____

Answer provided to inmate: _____01-06-23_____

X_____ Investigated By: _____SGT LERMA_____

_____ Referred to: _____

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

X_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

Inmate states "officer came in and said do you want your hour out"
Per the Texas Commission on Jail Standards Chapter 271.1 (a) (11) (12)
(11) **Inmates who require protection** or those who require separation to protect the safety and security of the facility **may be housed in administrative separation.**
- In is in Protective Custody due to requiring protection.

(12) **Single cells may be utilized for** disciplinary or **administrative separation. Inmates in** administrative separation shall be **provided access to a day room for at least one hour each day.**
- Inmate is housed in a single cell and was provided access to a day room when the "officer came in and said do you want your hour out".
- Inmate was not satisfied with the time he was offered and provided access to a day room (which inmates do not get to select a time) therefore the Officer documented when he was provided access to a day room, he refused.

Responding Staff Member: _____Sgt. Lerma_____ Date Answered: _01-06-23_____

# Guadalupe County Adult Detention Center
## Grievance Appeal Disposition

Inmate: ___BONNER, KEVIN___ SO#: _02130-14_ Case: _B22-0533_

Date Received: ____12-31-22____ Filed 72 hours or less: **YES** / NO

Forwarded to: _____AJA MARTIN_____

### Findings:

_____

_____

_____

_____

_____

_____

_____

_____

Appeal Decision: _Approved -doctor only wrote THAT you can_
_exchange a mattress. THAT got Taken care of. Thank_
_you For letting us know so we could Follow-up._

Signature of reviewer: _G Martin_     Date: _1/4/23_

You may appeal all decisions of the _ASSISTANT JAIL ADMINISTRATOR_ in writing to the

_JAIL ADMINISTRATOR_ within 72 hours of the decision.

Each office appealed to shall render a decision on the appeal and respond to the classification officer within a maximum of fifteen (15) working days upon receipt of the appeal. The decision of the Sheriff or designee is final.

02/24/11

# Guadalupe County Adult Detention Center
## Inmate Grievance Form
### Case: G22-0534

Date: Dec 21, 2022                 Cell: C-12-17

Inmate Name: Bennet, Kevin         SO#: 62134

Incident Date: Dec 21, 2022  Time: 9pm  Location: Pod 1

1) <u>Must be filed within 72 hours of the incident.</u>
2) <u>Only the below items are grounds for a grievance.</u> Indicate which item you are filing under by checking the box next to the definition.

   ☑ Violation of civil rights- A civil rights violation is an action or in action based on race, age, religion, sex, physical or mental disability, sexual orientation or national origin.

   ☐ A criminal act- An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment.

   ☑ Unjust denial or restriction of your privileges- An act where everybody else was allowed a privilege but you were not without cause.

   ☑ Prohibited act by staff on duty- A staff member is doing something that is prohibited by facility plans and policies.

3) <u>For any issue not listed above you need to attempt to resolve with your unit officer. If they cannot resolve the issue, write a request form to the supervisor of the area you are having issue with.</u>
4) <u>If you file a grievance and classifications rejects it as not a grievance, you can appeal to have a supervisor review that decision. See handbook for details.</u>
5) <u>Only file one issue per grievance, if multiple issues on a grievance it will be rejected.</u>

Be as detailed as possible to assist the grievance officer in investigating your grievance. You need to include date, time, who was involved, how it happened. If you do not provide good details we cannot conduct an investigation.

US Mail is a Federal right for every human on the earth. last night I worked on a law suit 185 pages long. I sent a Request slip with it to have the Sgt take to the mail room, the guard said yes we will put in the mail room. At Breakfast I asked the guard and he said it was in the mail room. So I put a Request slip to Kreuss when my mail goes out. I didn't get it back. I mailed 5 letters, 3 legal. Letters with 2 stamps 8 stamps and 8 stamps I have civil right to Kreuss where my mail went. The officer on duty last night took my mail at Midnight. So dont tell me you cent find it. I have him as a witness

To my doing the work me handing him the mail so a reply saying (you don't (know)) isnt gonna cut it. I forwant it forwant, conformation and pruit it was done. not your word alone. the Mailroom should only as well and the officer must be talked to Euin shift Dec 20 2022. thank you. Boy if I have to redo it all I will blow the doors off this jail in court.

Inmate's signature: _X Kua Bonnie_

Proposed Solution to issue: _I need a resolution that guaranters me it was mailed to the federal Court. I wrote them as well_

******************FOR OFFICIAL USE ONLY DO NOT WRITE BELOW THIS LINE************

Date Received: _12-23-22_          Interim response to inmate: _12-3-22_

Answer provided to inmate: _1-6-23_

_____ Investigated By: _____

__✓__ Referred to: _Mailroom Supervisor AJA Martin_

_____ Rejected (include rationale for rejection in response section)

_____ No Action required (include reason in response section)

_____ This is not a Grievance

GRIEVANCE SUMMARY RESPONSE AREA:

We Are NOT REQUIRED TO NOTIFY you ONCE MAIL IS SENT. WE CAN HOLD 600 INMATES THAT IS NOT A REASONABLE REQUEST. NOTHING REQUIRES US TO DO SO. NOT A GRIEVANCE

Responding Staff Member: _G MARTIN_          Date Answered: _1/3/23_