UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KEVIN PATRICK BONNER,** # 0213014, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-23-CV-00069-JKP |
| **AT&T Mobility Corporation.,** | § § | |
| Defendant. | § § § | |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Kevin Patrick Bonner's 42 U.S.C. § 1983 Amended Civil Rights Complaint pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Bonner's Section 1983 claims against Defendant AT&T Corporation is **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 18th day of May, 2023.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE